**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Gary F. Herbst, Esq.
Michael T. Rozea
*Attorneys for the Plaintiff*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| CLIVE ROY ANTHONY WILLIAMS A/K/A CLIVE R. A. WILLIAMS, A/K/A CLIVE R. WILLIAMS, A/K/A CLIVE A. WILLIAMS, A/K/A CLIVE WILLIAMS, | Case No. 19-43213 (CEC) |
| Debtor. | |

-------------------------------------------------------------x

| | |
|---|---|
| GREGORY MESSER, ESQ., as Trustee of the bankruptcy estate of Clive Roy Anthony Williams, | Adv. Pro. No. 19-01130 (CEC) |
| Plaintiff, | |
| -against- | |
| SOMERSET 78TH LLC, | **AFFIDAVIT OF SERVICE** |
| Defendant. | |

-------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

ROSA R. LELLA, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, NY.

On September 27, 2019, deponent served the ***Summons and Notice of Pretrial Conference in an Adversary Proceeding with Complaint and Adversary Proceeding Cover Sheet*** by First-Class Mail upon the attorneys/parties listed below at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

1

TO:   SOMERSET 78th LLC
      Attn: Officer, Managing or General Agent, or any Agent
      Authorized to Receive Service of Process
      218-48 139th Avenue
      Queens, New York 11413

      SOMERSET 78th LLC
      Attn: Officer, Managing or General Agent, or any Agent
      Authorized to Receive Service of Process
      17 State Street
      New York, New York 10004

      SOMERSET 78th LLC
      THE LIMITED LIABILITY COMPANY
      Attn: Officer, Managing or General Agent, or any Agent
      Authorized to Receive Service of Process
      P.O. BOX 751056
      Forest Hills, New York 11375

                                                    *s/Rosa R. Lella*
                                                    ROSA R. LELLA

Sworn to before me
this 27th day of September 2019

*s/Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2021

*M:\Documents\Company\Cases\Williams, Clive\Adv Pro\AOS - S&C, Adv pro cover sheet.doc*